DOROTHY JACKSON, Respondent, et al., Plaintiffs, *v.* ANGELINA GIAMMARINO, Appellant.

Argued February 24, 1950; decided March 3, 1950.

*Malcolm J. Hartsell* and *John P. Wourms* for appellant.

*Bernard I. Scherer, Jacob D. Fuchsberg* and *Frank Korman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

JOHN PEIKEL, Appellant, *v.* GRACE LINE, INC., Respondent.

Argued February 22, 1950; decided March 3, 1950.